| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter you are filing under:<br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13          ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    AC I TOMS RIVER LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    86-1112005

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1400 HOOPER AVENUE**<br>**Toms River, NJ 08753** | **C/O ARMSTRONG CAPITAL LLC**<br>**149 MADISON AVENUE**<br>**New York, NY 10016** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ocean**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

__5311__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | AC I MANAHAWKIN LLC | Relationship to you | AFFILIATE |
|---|---|---|---|
| District | SDNY    When  6/04/14 | Case number, if known | 14-22793 |

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |    What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |    Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |         Contact name _____ |
| | |         Phone _____ |

**■ Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 8, 2016**
MM / DD / YYYY

**X /s/ DAVID GOLDWASSER**
Signature of authorized representative of debtor

**DAVID GOLDWASSER**
Printed name

Title **DAVID GOLDWASSER/MANAGING MEMBER GC REALTY ADVISORS; MANAGER**

**18. Signature of attorney**

**X /s/ A. MITCHELL GREENE**
Signature of attorney for debtor

Date **January 8, 2016**
MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE
New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 603-6300**     Email address

Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                                    Chapter 11

**AC I TOMS RIVER, LLC,**                                              Case No.:

Debtor.
--------------------------------------------------------X

## CERTIFICATE OF RESOLUTION

I, the undersigned, **DAVID GOLDWASSER**, as the Managing Member of GC REALTY ADVISORS, LLC, the Manager of **AC I TOMS RIVER, LLC** (the "Company"), do hereby certify that at a meeting of the Company duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> **RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> **RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further
>
> **RESOLVED,** that David Goldwasser is hereby appointed as Chief Restructuring Officer of the Company; and it is further;
>
> **RESOLVED,** that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Manager of the Company, is authorized to execute and file all petitions,

  reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

  **IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this

 8th day of January, 2016.

         **AC I TOMS RIVER, LLC**
         **By: GC REALTY ADVISORS, LLC AS MANAGER**


         **By:**/s/David Goldwasser
          **DAVID GOLDWASSER, MANAGING MEMBER**
          **GC REALTY ADVISORS, LLC**

# United States Bankruptcy Court
## Southern District of New York

In re: **AC I TOMS RIVER LLC**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the DAVID GOLDWASSER/MANAGING MEMBER GC REALTY ADVISORS; MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 8, 2016**

**/s/ DAVID GOLDWASSER**
**DAVID GOLDWASSER**/DAVID GOLDWASSER/MANAGING MEMBER GC REALTY ADVISORS; MANAGER
Signer/Title

```
ARMSTRONG MAINTENANCE CORP.
149 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016


ARMSTRONG MANAGEMENT CORP.
149 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016


BOIES, SCHILLER & FLEXNER LLP
2200 CORPORATE BOUELVARD. NW
BOCA RATON, FL 33431


BRACH EICHLER, LLC
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068


CG LANDSCAPING AND PAVING
16 N GATEWAY
TOMS RIVER, NJ 08753


D.R. & J. LLC
PO BOX 137
457 GOLFVIEW DRIVE
WEST CREEK, NJ 08092


DELAWARE SECRETARY OF STATE
401 FEDERAL STREET
SUITE 4
DOVER, DE 19901


GRUBB & ELLIS
100 PASSAIC AVENUE
FAIRFIELD, NJ 07004


JERSEY CENTRAL POWER & LIGHT
PO BOX 3687
AKRON, OH 44309


KEY REFRIGERATION
259 DRUM POINT ROAD
BRICK, NJ 08723
```

MARSYLL MAINTENANCE CORP
149 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016


NATIONAL REGISTERED AGENTS INC
PO BOX 927
WEST WINDSOR, NJ 08550


PATRIOT ROOFING, INC.
2083 JACKSONVILLE-JOBSTOWN ROA
JOBSTOWN, NJ 08041


PROFESSIONAL DESIGN SERVICES
1245 AIRPORT ROAD
LAKEWOOD, NJ 08701


RJ BRUNELLI & CO, INC.
400 PERRINE ROAD
SUITE 405
OLD BRIDGE, NJ 08857


SAGE GENERAL CONTRACTING
645 MIZZEN AVENUE
BEACHWOOD, NJ 08722


SIMPLEX GRINNEL LP
DEPT. CH 10320
PALATINE, IL 60055


TOMS RIVER MUNICIPAL UTILITIES
340 WATER STREET
TOMS RIVER, NJ 08753


TOMS RIVER TOWNSHIP FIRE COMM.
33 WASHINGTON STREET
TOMS RIVER, NJ 08754


TOWNSHIP OF TOMS RIVER
PO BOX 983113
BOSTON, MA 02298


TRI-STATE CARTING, INC.
PO BOX 5298
TOMS RIVER, NJ 08754

```
TRIAD PROFESSIONAL SERV. LLC
1720 WINDWARD CONCOURSE
SUITE 390
ALPHARETTA, GA 30005


UNITED WATER TOMS RIVER
PO BOX 371804
PITTSBURGH, PA 15250


VERIZON
PO BOX 4833
TRENTON, NJ 08650
```