## NOTES, STATEMENT OF LIMITATIONS AND DISCLAIMER REGARDING

## DEBTORS' SCHEDULES

The schedules attached hereto and contained herein (the "Schedules") filed by the above-captioned debtor and debtor-in-possession (the "Debtor") in the United States Bankruptcy Court for the Southern  District of New York (the "Bankruptcy Court") were prepared by the Debtor's pre-petition management group, with the assistance of the Debtor's personnel and bankruptcy professionals pursuant to 11 U.S.C. Section 521 and Federal Rule of Bankruptcy Procedure 1007 and are unaudited.  Certain of the information set forth in the schedules is based upon information made available to the Debtor from CBRE, Inc.,  the receiver appointed in the foreclosure proceeding commenced pre-petition by the Debtor's secured creditor who continues to act as receiver by agreement between the parties.  While the Debtor's management has made every effort to ensure that the Schedules are accurate and complete based upon information that was available at the time of their preparation, inadvertent errors and/or omissions may have occurred. The Schedules remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial and other data contained in the Schedules.  The Debtor reserves its rights to amend the Schedules from time to time as may be necessary or appropriate without notice.  This Disclaimer is incorporated by reference in, and comprises an integral part of, each of the Schedules and should be referred to and reviewed in connection with any review of the Schedules.

1. <u>The Case</u>.  On January 8 , 2016 (the "Petition Date"), the Debtor filed its voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court.  Unless otherwise indicated, the information provided in the Schedules is as of the close of business on the Petition Date.

2. <u>Amendment</u>.  The Debtor reserves the right to amend the Schedules in all respects at any time as may be necessary or appropriate, including without limitation, to (i) assert offsets or defenses to any claim, (ii) amend the amount, liability or classification of any claim; or (iii) otherwise designate any claim as contingent, unliquidated or disputed.

3. <u>Estimates and Assumptions</u>.  The preparation of the Schedules required the Debtor to make certain estimations and assumptions with respect to the values associated with its assets and liabilities; and the reported amounts of income and expenses.  The actual amounts could differ from these estimates.

4. <u>Unaudited Financial Information</u>.  The Schedules are unaudited.  The Schedules neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to fully reconcile the Debtor's financial statements.  Given the difference between the financial information required by the Schedules and financial information prepared in accordance with GAAP, the aggregate asset values and claim amounts set forth in the Schedules may not reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

5. <u>Causes of Action</u>.  Debtor reserves all of its causes of action.  Nothing contained in the Schedules shall constitute a waiver of any claim or cause of action that may be asserted, including, but not limited to, equitable subordination, causes of action arising under Chapter 5 of the Bankruptcy Code and any other causes of action arising in this case or under applicable non-bankruptcy law.

6. <u>Reporting Policies</u>.  The Schedules were signed by David Goldwasser, the managing member of GC Realty Advisors, LLC, the Debtor's manager.  In reviewing and signing

the Schedules, Mr. Goldwasser necessarily relied upon the efforts, statements and

representations of the Debtor's personnel.  Mr. Goldwasser has not personally verified

the accuracy of each such statement and representation, including statements and

representations concerning amounts owed to creditors.  The Debtor made its best efforts

to accurately report asset, liability, disbursement and other information on its Schedules.

However, the following qualifications and limitations apply to the Schedules:

   a. Unless otherwise noted, the Schedules reflect the Debtor's estimations of assets
   and liabilities as of the Petition Date.

   b. Claims.  The Debtor may designate certain claims as disputed, contingent and /or
   unliquidated, as applicable.  Any failure to designate a claim on the Schedules as
   disputed, contingent and/or unliquidated does not constitute an admission that
   such claim is not disputed, contingent and/or unliquidated.  Debtor reserves the
   right to dispute, or assert offsets or defenses to, any claim reflected on the
   Schedules as to amount, liability or status.

7. General Disclaimer.  While those members of Debtor's management responsible for the

preparation of the Schedules have made a reasonable effort to ensure that the Schedules

are accurate and complete based on the information known to them at the time of

preparation after reasonable inquires, inadvertent errors may exist or the subsequent

receipt of information may result in material changes in financial and other data

contained in the Schedules that may warrant amendment.

**Fill in this information to identify the case:**

Debtor name    **AC I TOMS RIVER LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-22023**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 22, 2016**    X **/s/ DAVID GOLDWASSER**
Signature of individual signing on behalf of debtor

**DAVID GOLDWASSER**
Printed name

**DAVID GOLDWASSER/MANAGING MEMBER GC REALTY ADVISORS; MANAGER**
Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **AC I TOMS RIVER LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): | **16-22023** | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ARMSTRONG MAINTENANCE CORP. 149 MADISON AVENUE 8TH FLOOR New York, NY 10016** | | | **Disputed** | | | **$57,613.75** |
| **ARMSTRONG MANAGEMENT CORP. 149 MADISON AVENUE 8TH FLOOR New York, NY 10016** | | | **Disputed** | | | **$106,948.11** |
| **BOIES, SCHILLER & FLEXNER LLP 2200 CORPORATE BOUELVARD. NW Boca Raton, FL 33431** | | | | | | **$47,462.71** |
| **BRACH EICHLER, LLC 101 EISENHOWER PARKWAY Roseland, NJ 07068** | | | | | | **$30,690.00** |
| **CG LANDSCAPING AND PAVING 16 N GATEWAY Toms River, NJ 08753** | | | | | | **$6,500.00** |
| **D.R. & J. LLC PO BOX 137 457 GOLFVIEW DRIVE West Creek, NJ 08092** | | | | | | **$2,178.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **AC I TOMS RIVER LLC** | | Case number *(if known)* | **16-22023** | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DELAWARE SECRETARY OF STATE 401 FEDERAL STREET SUITE 4 Dover, DE 19901 | | | | | | $1,483.25 |
| GRUBB & ELLIS 100 PASSAIC AVENUE Fairfield, NJ 07004 | | | | | | $4,000.00 |
| JERSEY CENTRAL POWER & LIGHT PO BOX 3687 Akron, OH 44309 | | | | | | $11,342.67 |
| KEY REFRIGERATION 259 DRUM POINT ROAD Brick, NJ 08723 | | | | | | $5,539.29 |
| MARSYLL MAINTENANCE CORP 149 MADISON AVENUE 8TH FLOOR New York, NY 10016 | | | Disputed | | | $91,082.49 |
| NATIONAL REGISTERED AGENTS INC PO BOX 927 WEST WINDSOR, NJ 08550 | | | | | | $2,941.83 |
| PROFESSIONAL DESIGN SERVICES 1245 AIRPORT ROAD Lakewood, NJ 08701 | | | | | | $15,021.17 |
| RJ BRUNELLI & CO, INC. 400 PERRINE ROAD SUITE 405 Old Bridge, NJ 08857 | | | | | | $8,730.00 |
| SAGE GENERAL CONTRACTING 645 MIZZEN AVENUE Beachwood, NJ 08722 | | | | | | $18,854.44 |

| Debtor | AC I TOMS RIVER LLC | Case number (if known) | 16-22023 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TOMS RIVER MUNICIPAL UTILITIES 340 WATER STREET Toms River, NJ 08753 | | | | | | $39,305.80 |
| TOWNSHIP OF TOMS RIVER PO BOX 983113 Boston, MA 02298 | | | | | | $5,832.01 |
| TRI-STATE CARTING, INC. PO BOX 5298 Toms River, NJ 08754 | | | | | | $2,263.80 |
| TRIAD PROFESSIONAL SERV. LLC 1720 WINDWARD CONCOURSE SUITE 390 Alpharetta, GA 30005 | | | | | | $2,500.00 |
| UNITED WATER TOMS RIVER PO BOX 371804 Pittsburgh, PA 15250 | | | | | | $9,496.17 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3

**Fill in this information to identify the case:**

Debtor name **AC I TOMS RIVER LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **16-22023**

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $     **27,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $     **381,375.40**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $     **27,381,375.40**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **22,031,196.30**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................. $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................... +$     **473,015.47**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b     $     **22,504,211.77**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **AC I TOMS RIVER LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **16-22023**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.. **SIGNATURE BANK** **565 FIFTH AVENUE, 12TH FL.** **NEW YORK, NEW YORK 10014** | | | $0.00 |
| 3.2.. **SIGNATURE BANK** **261 MADISON AVENUE** **NEW YORK, NY 10016** | | | $11,512.34 |
| 3.3.. **SIGNATURE BANK** **261 MADISON AVENUE** **NEW YORK, NY 10016** | | | $120,319.17 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $131,831.51 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **AC I TOMS RIVER LLC**                              Case number *(If known)*  **16-22023**
          Name

Description, including name of holder of prepayment

8.1.. **INSURANCE PREPAYMENTS**                                                    **$5,247.68**

---

9.    **Total of Part 2.**                                                        **$5,247.68**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

      11a. 90 days old or less:    **238,394.71**   -   **0.00**   = ....   **$238,394.71**
                                    face amount          doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                       **$238,394.71**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **AC I TOMS RIVER LLC** | Case number *(If known)* **16-22023** |
|---|---|---|
| | Name | |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1400 HOOPER AVENUE, TOMS RIVER, NEW JERSEY**<br><br>**VALUE OF PROPERTY IS ESTIAMTED AND SUBJECT TO APPRAISAL** | Fee simple | $0.00 | | $27,000,000.00 |

| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | $27,000,000.00 |
|---|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **AC I TOMS RIVER LLC** | Case number *(If known)* | **16-22023** |
|---|---|---|---|
| | Name | | |

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**LEASE COMMISSIONS**                                                            $5,901.50

---

78.   **Total of Part 11.**                                                      | $5,901.50 |

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **AC I TOMS RIVER LLC**                                   Case number *(If known)*  **16-22023**
           Name

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $131,831.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,247.68 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $238,394.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $27,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,901.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $381,375.40 | + 91b. $27,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,381,375.40 |

| Fill in this information to identify the case: |
|---|
| Debtor name **AC I TOMS RIVER LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)   **16-22023** |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **RCG LV DEBT IV NON-REIT** | Describe debtor's property that is subject to a lien | **$22,031,196.30** | **$27,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**C/O GIORDANO
HALLERAN & CIESLA
125 HALF MILE ROAD,
SUITE 300
Red Bank, NJ 07701**

**REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1400 HOOPER AVENUE, TOMS RIVER, NEW JERSEY**

**VALUE OF PROPERTY IS ESTIAMTED AND SUBJECT TO APPRAISAL**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $22,031,196.30

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **STROOCK & STROOCK & LAVAN LLP
ATTN:  HAROLD A. OLSEN
180 MAIDEN LANE
New York, NY 10038** | Line **2.1** | |

| Debtor 1 | **DAVID GOLDWASSER** | | | Case number (if know) | **16-22023** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AC I TOMS RIVER LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **16-22023**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

      ☐ No. Go to Part 2.

      ■ Yes. Go to line 2.

   2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | | | |

| | |
|---|---|
| **Priority creditor's name and mailing address** <br> **INTERNAL REVENUE SERVICE** <br> **PO BOX 7346** <br> **Philadelphia, PA 19114** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** <br> **FOR NOTICE PURPOSES ONLY** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a) (8) | |

Total claim $ 0.00    Priority amount $ 0.00

| | | |
|---|---|---|
| **2.2** | | |

| | |
|---|---|
| **Priority creditor's name and mailing address** <br> **NEW JERSEY DIV. OF TAXATION** <br> **COMP. AND ENF. - BANKR. UNIT** <br> **50 BARRACK STREET, 9TH FL.** <br> **Trenton, NJ 08625-0360** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** <br> **FOR NOTICE PURPOSES ONLY** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes |

Total claim $ 0.00    Priority amount $ 0.00

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        52660        Best Case Bankruptcy

| Debtor 1 | **DAVID GOLDWASSER** | | | Case number (*if know*) | **16-22023** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.3 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**STATE OF NEW JERSEY**
**SALES & USE TAX**
**CN 999**
**Trenton, NJ 08625**

**As of the petition filing date, the claim is:**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$ **0.00**     $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**FOR NOTICE PURPOSES ONLY**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.4 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**UNITED STATES ATTORNEY**
**PETER RODINO FEDERAL BUILDING**
**970 BROAD STREET, SUITE 700**
**Newark, NJ 07102**

**As of the petition filing date, the claim is:**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$ **0.00**     $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**FOR NOTICE PURPOSES ONLY**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**ARMSTRONG MAINTENANCE CORP.**
**149 MADISON AVENUE**
**8TH FLOOR**
**New York, NY 10016**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$ **57,613.75**

**Basis for the claim:**

---

Debtor 1   **DAVID GOLDWASSER**                                                    Case number (if know)    **16-22023**
First Name          Middle Name                Last Name

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                      ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **106,948.11** |

**ARMSTRONG MANAGEMENT CORP.**
**149 MADISON AVENUE**
**8TH FLOOR**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                      ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **47,462.71** |

**BOIES, SCHILLER & FLEXNER LLP**
**2200 CORPORATE BOUELVARD. NW**
**Boca Raton, FL 33431**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                      ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **30,690.00** |

**BRACH EICHLER, LLC**
**101 EISENHOWER PARKWAY**
**Roseland, NJ 07068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                      ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **6,500.00** |

**CG LANDSCAPING AND PAVING**
**16 N GATEWAY**
**Toms River, NJ 08753**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **DAVID GOLDWASSER**                                    Case number (*if know*)   **16-22023**

First Name          Middle Name          Last Name

---

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,178.00**

**D.R. & J. LLC**
**PO BOX 137**
**457 GOLFVIEW DRIVE**
**West Creek, NJ 08092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**
                                         ■ No
Last 4 digits of account number          ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,483.25**

**DELAWARE SECRETARY OF STATE**
**401 FEDERAL STREET**
**SUITE 4**
**Dover, DE 19901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**
                                         ■ No
Last 4 digits of account number          ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,000.00**

**GRUBB & ELLIS**
**100 PASSAIC AVENUE**
**Fairfield, NJ 07004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**
                                         ■ No
Last 4 digits of account number          ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **11,342.67**

---

Debtor 1   **DAVID GOLDWASSER**
           First Name        Middle Name        Last Name          Case number (if know)   **16-22023**

---

**JERSEY CENTRAL POWER & LIGHT**
**PO BOX 3687**
**Akron, OH 44309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number
☐ Yes

---

| 3.1 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **5,539.29** |

**KEY REFRIGERATION**
**259 DRUM POINT ROAD**
**Brick, NJ 08723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number
☐ Yes

---

| 3.1 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **91,082.49** |

**MARSYLL MAINTENANCE CORP**
**149 MADISON AVENUE**
**8TH FLOOR**
**New York, NY 10016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number
☐ Yes

---

| 3.1 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,941.83** |

**NATIONAL REGISTERED AGENTS INC**
**PO BOX 927**
**WEST WINDSOR, NJ 08550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number
☐ Yes

---

Debtor 1   **DAVID GOLDWASSER**                                           Case number (if know)   **16-22023**

First Name          Middle Name              Last Name

---

| 3.1 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **1,032.85** |

**PATRIOT ROOFING, INC.**
**2083 JACKSONVILLE-JOBSTOWN ROA**
**Jobstown, NJ 08041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☑ No
☐ Yes

---

| 3.1 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **15,021.17** |

**PROFESSIONAL DESIGN SERVICES**
**1245 AIRPORT ROAD**
**Lakewood, NJ 08701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☑ No
☐ Yes

---

| 3.1 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **8,730.00** |

**RJ BRUNELLI & CO, INC.**
**400 PERRINE ROAD**
**SUITE 405**
**Old Bridge, NJ 08857**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☑ No
☐ Yes

---

| 3.1 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **18,854.44** |

**SAGE GENERAL CONTRACTING**
**645 MIZZEN AVENUE**
**Beachwood, NJ 08722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **DAVID GOLDWASSER**                                        Case number (if know)   **16-22023**
First Name          Middle Name          Last Name

---

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No |
| | | ☐ Yes |

---

**3.1 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                $  **601.54**
**SIMPLEX GRINNEL LP**                                              Check all that apply.
**DEPT. CH 10320**                                                 ☐ Contingent
**Palatine, IL 60055**                                             ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   **Basis for the claim:**

Date or dates debt was incurred                                    Is the claim subject to offset?

Last 4 digits of account number                                    ■ No
                                                                   ☐ Yes

---

**3.1 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                $  **39,305.80**
**TOMS RIVER MUNICIPAL UTILITIES**                                 Check all that apply.
**340 WATER STREET**                                               ☐ Contingent
**Toms River, NJ 08753**                                           ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   **Basis for the claim:**

Date or dates debt was incurred                                    Is the claim subject to offset?

Last 4 digits of account number                                    ■ No
                                                                   ☐ Yes

---

**3.1 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                $  **1,090.00**
**TOMS RIVER TOWNSHIP FIRE COMM.**                                 Check all that apply.
**33 WASHINGTON STREET**                                           ☐ Contingent
**Toms River, NJ 08754**                                           ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   **Basis for the claim:**

Date or dates debt was incurred                                    Is the claim subject to offset?

Last 4 digits of account number                                    ■ No
                                                                   ☐ Yes

---

**3.2 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                $  **5,832.01**
**TOWNSHIP OF TOMS RIVER**                                         Check all that apply.
**PO BOX 983113**                                                  ☐ Contingent
**Boston, MA 02298**                                               ☐ Unliquidated
                                                                   ☐ Disputed

---

Debtor 1    **DAVID GOLDWASSER**                                    Case number (if know)    **16-22023**
            First Name      Middle Name      Last Name

**Basis for the claim:**

Date or dates debt was incurred                      **Is the claim subject to offset?**

                                                    ■ No
Last 4 digits of account number                     ☐ Yes

---

| 3.2 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **2,263.80** |

**TRI-STATE CARTING, INC.**
**PO BOX 5298**
**Toms River, NJ 08754**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                      **Is the claim subject to offset?**

                                                    ■ No
Last 4 digits of account number                     ☐ Yes

---

| 3.2 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **2,500.00** |

**TRIAD PROFESSIONAL SERV. LLC**
**1720 WINDWARD CONCOURSE**
**SUITE 390**
**Alpharetta, GA 30005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                      **Is the claim subject to offset?**

                                                    ■ No
Last 4 digits of account number                     ☐ Yes

---

| 3.2 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **9,496.17** |

**UNITED WATER TOMS RIVER**
**PO BOX 371804**
**Pittsburgh, PA 15250**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                      **Is the claim subject to offset?**

                                                    ■ No
Last 4 digits of account number                     ☐ Yes

---

| 3.2 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **505.59** |

---

| Debtor 1 | **DAVID GOLDWASSER** | | | Case number (if know) | **16-22023** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**VERIZON**
**PO BOX 4833**
**Trenton, NJ 08650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

<table>
<tr><td style="background:black;color:white">**Part 3:**</td><td>**List Others to Be Notified About Unsecured Claims**</td></tr>
</table>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<table>
<tr><td style="background:black;color:white">**Part 4:**</td><td>**Total Amounts of the Priority and Nonpriority Unsecured Claims**</td></tr>
</table>

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 473,015.47 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 473,015.47 |

**Fill in this information to identify the case:**

Debtor name    **AC I TOMS RIVER LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-22023**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **NON-RESIDENTIAL LEASE** | |
| State the term remaining | **AVENUE STORES, LLC** |
| List the contract number of any government contract | **365 WEST PASSAIC STREET SUITE 230 Rochelle Park, NJ 07662** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **NON-RESIDENTIAL LEASE** | |
| State the term remaining | **BOB'S BAGEL CAFE LLC** |
| List the contract number of any government contract | **1315 INDIAN HILL ROAD Toms River, NJ 08753** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **BRANCH #300039 NON-RESIDENTIAL LEASE** | |
| State the term remaining | **CITIFINANCIAL, INC.** |
| List the contract number of any government contract | **ATTN: CITI REALTY SERVICES 300 ST. PAUL PLACE, BSP17A Baltimore, MD 21202** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **NON-RESIDENTIAL LEASE** | |
| State the term remaining | **DESTINATION MATERNITY CORP.** |
| List the contract number of any government contract | **456 NORTH FIFTH STREET ATTN: ASSET MANAGER Philadelphia, PA 19123** |

Debtor 1 __AC I TOMS RIVER LLC_____   Case number *(if known)*   __16-22023__
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL NOTICE PARTY | |
|---|---|---|---|
| | State the term remaining | | DESTINATION MATERNITY CORP. |
| | | | 456 NORTH FIFTH STREET |
| | List the contract number of any government contract | | ATTN:  VP/REAL ESTATE |
| | | | Philadelphia, PA 19123 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL NOTICE PARTY | |
|---|---|---|---|
| | State the term remaining | | DOLLAR TREE STORE, INC. |
| | | | C/O HOFHEIMER GARTLIR & GROSS |
| | List the contract number of any government contract | | 530 FIFTH AVENUE, 9TH FL. |
| | | | New York, NY 10036 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | NON-RESIDENTIAL LEASE | |
|---|---|---|---|
| | State the term remaining | | DOLLAR TREE STORES, INC. |
| | | | 500 VOLVO PARKWAY |
| | List the contract number of any government contract | | ATTN:  JOHN COTE, ESQ. |
| | | | Chesapeake, VA 23320 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | NON-RESIDENTIAL LEASE | |
|---|---|---|---|
| | State the term remaining | | DRESS BARN, INC. |
| | | | 30 DUNNIGAN STREET |
| | List the contract number of any government contract | | Suffern, NY 10901 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | NON-RESIDENTIAL LEASE | |
|---|---|---|---|
| | State the term remaining | | DSW SHOE WAREHOUSE  INC. |
| | | | 810 DSW DRIVE |
| | List the contract number of any government contract | | ATTN:  GENERAL COUNSEL |
| | | | Columbus, OH 43219 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL NOTICE PARTY | |
|---|---|---|---|
| | State the term remaining | | DSW SHOE WAREHOUSE, INC. |
| | | | 810 DSW DRIVE |
| | List the contract number of | | ATTN:  REAL ESTATE DEPT. |
| | | | Columbus, OH 43219 |

| Debtor 1 | AC I TOMS RIVER LLC | | | Case number *(if known)* | 16-22023 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| any government contract | |

| 2.1<br>1. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **EUROPEAN WAX**<br>**C/O J&J GOLDEN GARDEN INC.**<br>**1358 HOOPER AVENUE, SUITE A-6**<br>**Toms River, NJ 08753** |
| | List the contract number of any government contract | | |

| 2.1<br>2. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **GLITZY**<br>**C/O THANG PHAM**<br>**1288 CARMEN COURT**<br>**Toms River, NJ 08755** |
| | List the contract number of any government contract | | |

| 2.1<br>3. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **HAND AND STONE MASSAGE SPA**<br>**1830 HOOPER AVENUE**<br>**Toms River, NJ 08753** |
| | List the contract number of any government contract | | |

| 2.1<br>4. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **JEM & M BEAUTY LLC**<br>**ATTN:  ELIO VECCHIARELLI**<br>**114 FORREST AVENUE**<br>**Fair Haven, NJ 07704** |
| | List the contract number of any government contract | | |

| 2.1<br>5. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **MAFE**<br>**102 LONNY COURT**<br>**Toms River, NJ 08753** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor 1 | **AC I TOMS RIVER LLC** | | | Case number *(if known)* | **16-22023** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **MAILBOXES ETC. THOMAS KURIEN 10 DIGGER STREET Howell, NJ 07731** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **MARINER FINANCE LLC 40 LAKE CENTER EXECUTIVE PARK 401 ROUTE 73 NORTH, SUITE 120 Marlton, NJ 08053** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **MICHAELS STORE, INC. 8000 BEBT BRANCH DRIVE ATTN:  DIR. OF RE ADMIN Irving, TX 75063** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **NOBI JAPANESE C/O GUANG HUI LIN 1138 HOOPER AVENUE, SUITE A-1 Toms River, NJ 08753** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **ONEMAIN FINANCIAL C/O CITIFINANCIAL 300 ST. PAUL PLACE, BSP17A Baltimore, MD 21202** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **PIZZA PLAZA C/O AMALIA LUBRANO 1358 HOOPER AVENUE, SUITE I-6 Toms River, NJ 08753** |
| | List the contract number of | | |

Debtor 1   **AC I TOMS RIVER LLC**
                                                                    Case number *(if known)*   **16-22023**
First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
| | State the term remaining | | **RT REAL ESTATE AGENCY** |
| | List the contract number of any government contract | | **2204 BRIDGE AVENUE** **Point Pleasant Beach, NJ 08742** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
| | State the term remaining | | **SALLY BEAUTY SUPPLY LLC** |
| | List the contract number of any government contract | | **3001 COLORADO BOULEVARD** **Denton, TX 76210** |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
| | State the term remaining | | **SHORE FAMILY DENTAL** |
| | List the contract number of any government contract | | **2224 HIGHWAY 37 EAST** **Toms River, NJ 08753** |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
| | State the term remaining | | **SIGHT SAVER OPTICAL** |
| | List the contract number of any government contract | | **1358 HOOPER AVENUE** **SUITE B-6** **Toms River, NJ 08753** |

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
| | State the term remaining | | **SINATRA'S ECO GREEN GREEN DRY CLEANERS LLC** |
| | List the contract number of any government contract | | **963 SOMERSET DRIVE** **Toms River, NJ 08753** |

Official Form 206G               **Schedule G: Executory Contracts and Unexpired Leases**               Page 5 of 6

| Debtor 1 | **AC I TOMS RIVER LLC** | | | Case number *(if known)* | **16-22023** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SLEEPY'S LLC**<br>**175 CENTRAL AVENUE**<br>**Bethpage, NY 11714** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **NON-RESIDENTIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **STRIDE RITE CHILDREN'S GROUP**<br>**5 CAMBRIDGE CENTER**<br>**Cambridge, MA 02142** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **AC I TOMS RIVER LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **16-22023**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **BENJAMIN RINGEL** | **C/O ARMSTRONG CAPITAL LLC 149 MADISON AVENUE New York, NY 10016** | **RCG LV DEBT IV NON-REIT** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **AC I TOMS RIVER LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **16-22023**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>■ Other  **THROUGH JANUARY 2016** | **$159,044.29** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$1,957,488.51** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$2,618,201.66** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | AC I TOMS RIVER LLC | Case number *(if known)* | 16-22023 |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | RCG LV DEBT IV NON-REIT ASSETS HOLDINGS, LLC V. AC I TOMS RIVER LLC ET AL. OCN-F-22458-14 | FORECLOSURE | SUPERIOR COURT, NEW JERSEY CHANCERY DIVISION COEAN COUNTY | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| CBRE ASSET SERVICES TWO TOWER CENTER 20TH CENTER East Brunswick, NJ 08816 | 1400 HOOPER AVENUE, TOMS RIVER NEW JERSEY | $0.00 |
| | **Case title** RCG LV DEBT V. AC I TOMS RIVER ET AL | **Court name and address** NEW JERSEY SUPERIOR COURT |
| | **Case number** F-022458-14 | |
| | **Date of order or assignment** 10/6/14 | |

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | AC I TOMS RIVER LLC | Case number *(if known)* 16-22023 |
| --- | --- | --- |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **AC I TOMS RIVER LLC**                                    Case number *(if known)* **16-22023**

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | AC I TOMS RIVER LLC | Case number *(if known)* | **16-22023** |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **AC I TOMS RIVER LLC**                                    Case number *(if known)* **16-22023**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **ROTH AND COMPANY LLP** **1428 36TH STREET** **Brooklyn, NY 11218** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **GC REALTY ADVISORS** | **C/O DAVID GOLDWASSER** **7280 WEST PALMETTO PARK ROAD** **Boca Raton, FL 33433** | **MANAGER** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **AC I TOMS RIVER MEZZ LLC** | **C/O ARMSTRONG CAPITAL LLC** **149 MADISON AVENUE** **New York, NY 10016** | **MEMBER** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BENJAMIN RINGEL** | **C/O ARMSTRONG CAPITAL LLC** **149 MADISON AVENUE** **New York, NY 10016** | **PRESIDENT AND DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **TIBOR KLEIN** | | **DIRECTOR** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Debtor | AC I TOMS RIVER LLC | Case number *(if known)*  **16-22023** |
|---|---|---|

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **ARMSTRONG CAPITAL LLC** | **149 MADISON AVENUE**<br>**New York, NY 10016** | **MANAGER** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 22, 2016**

**/s/ DAVID GOLDWASSER**                              **DAVID GOLDWASSER**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **DAVID GOLDWASSER/MANAGING**
**MEMBER GC REALTY ADVISORS;**
**MANAGER**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **AC I TOMS RIVER LLC**                                             Case No.    **16-22023**
_____    Chapter    **11**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    58,787.00 |
| Prior to the filing of this statement I have received | $    0.00 |
| Balance Due | $    58,787.00 |

2.   The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    **AC I BRADFORD LLC**

3.   The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 22, 2016**                         **/s/ A. MITCHELL GREENE**
_____    **A. MITCHELL GREENE**
_Date_                         _Signature of Attorney_
**ROBINSON BROG LEINWAND GREENE GENOVESE &**
**GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**
_Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re  **AC I TOMS RIVER LLC**

Debtor(s)

Case No.  **16-22023**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AC I TOMS RIVER MEZZ LLC**<br>**C/O ARMSTRONG CAPITAL LLC**<br>**149 MADISON AVENUE**<br>**New York, NY 10016** | | **100%** | **MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **DAVID GOLDWASSER/MANAGING MEMBER GC REALTY ADVISORS; MANAGER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 22, 2016**

Signature  **/s/ DAVID GOLDWASSER**

**DAVID GOLDWASSER**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **AC I TOMS RIVER LLC**

Debtor(s)

Case No.    **16-22023**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the DAVID GOLDWASSER/MANAGING MEMBER GC REALTY ADVISORS; MANAGER of the corporation named as the

debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 22, 2016**

**/s/ DAVID GOLDWASSER**
**DAVID GOLDWASSER/DAVID GOLDWASSER/MANAGING**
**MEMBER GC REALTY ADVISORS; MANAGER**
Signer/Title

ARMSTRONG MAINTENANCE CORP.
149 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016


ARMSTRONG MANAGEMENT CORP.
149 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016


AVENUE STORES, LLC
365 WEST PASSAIC STREET
SUITE 230
ROCHELLE PARK, NJ 07662


BENJAMIN RINGEL
C/O ARMSTRONG CAPITAL LLC
149 MADISON AVENUE
NEW YORK, NY 10016


BOB'S BAGEL CAFE LLC
1315 INDIAN HILL ROAD
TOMS RIVER, NJ 08753


BOIES, SCHILLER & FLEXNER LLP
2200 CORPORATE BOEULVARD. NW
BOCA RATON, FL 33431


BRACH EICHLER, LLC
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068


CG LANDSCAPING AND PAVING
16 N GATEWAY
TOMS RIVER, NJ 08753


CITIFINANCIAL, INC.
ATTN: CITI REALTY SERVICES
300 ST. PAUL PLACE, BSP17A
BALTIMORE, MD 21202


D.R. & J. LLC
PO BOX 137
457 GOLFVIEW DRIVE
WEST CREEK, NJ 08092

DELAWARE SECRETARY OF STATE
401 FEDERAL STREET
SUITE 4
DOVER, DE 19901


DESTINATION MATERNITY CORP.
456 NORTH FIFTH STREET
ATTN: ASSET MANAGER
PHILADELPHIA, PA 19123


DESTINATION MATERNITY CORP.
456 NORTH FIFTH STREET
ATTN: VP/REAL ESTATE
PHILADELPHIA, PA 19123


DOLLAR TREE STORE, INC.
C/O HOFHEIMER GARTLIR & GROSS
530 FIFTH AVENUE, 9TH FL.
NEW YORK, NY 10036


DOLLAR TREE STORES, INC.
500 VOLVO PARKWAY
ATTN: JOHN COTE, ESQ.
CHESAPEAKE, VA 23320


DRESS BARN, INC.
30 DUNNIGAN STREET
SUFFERN, NY 10901


DSW SHOE WAREHOUSE  INC.
810 DSW DRIVE
ATTN: GENERAL COUNSEL
COLUMBUS, OH 43219


DSW SHOE WAREHOUSE, INC.
810 DSW DRIVE
ATTN: REAL ESTATE DEPT.
COLUMBUS, OH 43219


EUROPEAN WAX
C/O J&J GOLDEN GARDEN INC.
1358 HOOPER AVENUE, SUITE A-6
TOMS RIVER, NJ 08753

GLITZY
C/O THANG PHAM
1288 CARMEN COURT
TOMS RIVER, NJ 08755


GRUBB & ELLIS
100 PASSAIC AVENUE
FAIRFIELD, NJ 07004


HAND AND STONE MASSAGE SPA
1830 HOOPER AVENUE
TOMS RIVER, NJ 08753


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114


JEM & M BEAUTY LLC
ATTN: ELIO VECCHIARELLI
114 FORREST AVENUE
FAIR HAVEN, NJ 07704


JERSEY CENTRAL POWER & LIGHT
PO BOX 3687
AKRON, OH 44309


KEY REFRIGERATION
259 DRUM POINT ROAD
BRICK, NJ 08723


MAFE
102 LONNY COURT
TOMS RIVER, NJ 08753


MAILBOXES ETC.
THOMAS KURIEN
10 DIGGER STREET
HOWELL, NJ 07731


MARINER FINANCE LLC
40 LAKE CENTER EXECUTIVE PARK
401 ROUTE 73 NORTH, SUITE 120
MARLTON, NJ 08053

MARSYLL MAINTENANCE CORP
149 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016


MICHAELS STORE, INC.
8000 BEBT BRANCH DRIVE
ATTN: DIR. OF RE ADMIN
IRVING, TX 75063


NATIONAL REGISTERED AGENTS INC
PO BOX 927
WEST WINDSOR, NJ 08550


NEW JERSEY DIV. OF TAXATION
COMP. AND ENF. - BANKR. UNIT
50 BARRACK STREET, 9TH FL.
TRENTON, NJ 08625-0360


NOBI JAPANESE
C/O GUANG HUI LIN
1138 HOOPER AVENUE, SUITE A-1
TOMS RIVER, NJ 08753


ONEMAIN FINANCIAL
C/O CITIFINANCIAL
300 ST. PAUL PLACE, BSP17A
BALTIMORE, MD 21202


PATRIOT ROOFING, INC.
2083 JACKSONVILLE-JOBSTOWN ROA
JOBSTOWN, NJ 08041


PIZZA PLAZA
C/O AMALIA LUBRANO
1358 HOOPER AVENUE, SUITE I-6
TOMS RIVER, NJ 08753


PROFESSIONAL DESIGN SERVICES
1245 AIRPORT ROAD
LAKEWOOD, NJ 08701


RCG LV DEBT IV NON-REIT
C/O GIORDANO HALLERAN & CIESLA
125 HALF MILE ROAD, SUITE 300
RED BANK, NJ 07701

RJ BRUNELLI & CO, INC.
400 PERRINE ROAD
SUITE 405
OLD BRIDGE, NJ 08857


RT REAL ESTATE AGENCY
2204 BRIDGE AVENUE
POINT PLEASANT BEACH, NJ 08742


SAGE GENERAL CONTRACTING
645 MIZZEN AVENUE
BEACHWOOD, NJ 08722


SALLY BEAUTY SUPPLY LLC
3001 COLORADO BOULEVARD
DENTON, TX 76210


SHORE FAMILY DENTAL
2224 HIGHWAY 37 EAST
TOMS RIVER, NJ 08753


SIGHT SAVER OPTICAL
1358 HOOPER AVENUE
SUITE B-6
TOMS RIVER, NJ 08753


SIMPLEX GRINNEL LP
DEPT. CH 10320
PALATINE, IL 60055


SINATRA'S ECO GREEN GREEN
DRY CLEANERS LLC
963 SOMERSET DRIVE
TOMS RIVER, NJ 08753


SLEEPY'S LLC
175 CENTRAL AVENUE
BETHPAGE, NY 11714


STATE OF NEW JERSEY
SALES & USE TAX
CN 999
TRENTON, NJ 08625

STRIDE RITE CHILDREN'S GROUP
5 CAMBRIDGE CENTER
CAMBRIDGE, MA 02142


STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
180 MAIDEN LANE
NEW YORK, NY 10038


TOMS RIVER MUNICIPAL UTILITIES
340 WATER STREET
TOMS RIVER, NJ 08753


TOMS RIVER TOWNSHIP FIRE COMM.
33 WASHINGTON STREET
TOMS RIVER, NJ 08754


TOWNSHIP OF TOMS RIVER
PO BOX 983113
BOSTON, MA 02298


TRI-STATE CARTING, INC.
PO BOX 5298
TOMS RIVER, NJ 08754


TRIAD PROFESSIONAL SERV. LLC
1720 WINDWARD CONCOURSE
SUITE 390
ALPHARETTA, GA 30005


UNITED STATES ATTORNEY
PETER RODINO FEDERAL BUILDING
970 BROAD STREET, SUITE 700
NEWARK, NJ 07102


UNITED WATER TOMS RIVER
PO BOX 371804
PITTSBURGH, PA 15250


VERIZON
PO BOX 4833
TRENTON, NJ 08650

# United States Bankruptcy Court
## Southern District of New York

In re    **AC I TOMS RIVER LLC** _____    Case No.    **16-22023**
                                       Debtor(s)                    Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **AC I TOMS RIVER LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AC I TOMS RIVER MEZZ LLC
C/O ARMSTRONG CAPITAL LLC
149 MADISON AVENUE
New York, NY 10016**

☐ None [*Check if applicable*]

**February 22, 2016** _____          **/s/ A. MITCHELL GREENE** _____
Date                                                     **A. MITCHELL GREENE**

                                                         Signature of Attorney or Litigant
                                                         Counsel for    **AC I TOMS RIVER LLC** _____
                                                         **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
                                                         **875 THIRD AVENUE
                                                         New York, NY 10022
                                                         (212) 603-6300**